UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| White Beech SNC, LLC, Plaintiff, -against- Petroleos de Venezuela, S.A., and PDVSA Petroleo, S.A., Defendants. | Case No.: 1:18-cv-4148 **RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff White Beech SNC, LLC (private non-governmental party) certifies that White Beech SNC, LLC has no corporate parents, affiliates or subsidiaries that are publicly held and there is no publicly held corporation that owns 10% or more of Plaintiff's stock.

Dated: May 9, 2018

COHEN TAUBER SPIEVACK & WAGNER P.C.

By: Sari E. Kolatch

Sari E. Kolatch
420 Lexington Avenue
Suite 2400
New York, NY 10170
(212) 586-5800
skolatch@ctswlaw.com