# AFFIDAVIT OF SERVICE

STATE OF NEW YORK   SOUTHERN DISTRICT   UNITED STATES DISTRICT COURT

DOCUMENTS SERVED WITH INDEX # 1:18-CV-04148-PGG   AND FILED ON

ATTORNEY(S):

|  |  |
|---|---|
| White Beech SNC, LLC | Plaintiff |
| vs | |
| Petroleos de Venezuela, S.A. and PDVSA Petroleo, S.A. | Defendant |

STATE OF NEW YORK: COUNTY OF ALBANY COUNTY, SS.:

James Perone, being duly sworn deposes and says deponent is not a party to this action, is over the age of eighteen years and resides in the State of New York. That on May 11, 2018 at 3:16pm at C/O Corporation Service Company, 80 State St, Albany NY 12207 deponent served the within Summons in a Civil Action with Complaint, Civil Cover Sheet and Rule 7.1 Disclosure

on: Petroleos de Venezuela, S.A. ' Witness (herein called recipient) therein named.

**INDIVIDUAL A [ ]** — By personally delivering to and leaving with said... a true copy thereof, and that deponent knew the person so served to be the person mentioned and described. Summons in a Civil Action with Complaint, Civil Cover Sheet and Rule 7.1 Disclosure

**CORPORATION B [X]** — By delivering to and leaving with Cathy Jewell at 80 State St, Albany NY 12207 and that deponent knew the person so served to be authorized person of the corporation

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in...

**SUITABLE AGE PERSON C [ ]** — By delivering a true copy thereof to and leaving ... a person of suitable age and discretion at ... the said premises being the defendants/respondents [ ] dwelling place (usual place of abode) [ ] actual place of business within the State of New York

**AFFIXING TO DOOR D [ ]** — By affixing a true copy thereof to the door of said premises, the same being the defendant's [ ] dwelling house (usual place of abode) [ ] actual place of business within the State of New York

**MAILING TO RESIDENCE (use with C or D) E1 [ ]** — Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's residence and deposited said envelope in an official depository under the exclusive care and custody of the United States Post Office New York State...

**MAILING TO BUSINESS (use with C or D) E2 [ ]** — Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's actual place of business in an official depository under the exclusive care and custody of the United States Post Office within New York State. The bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise communication was from an attorney or concerned an action against the defendant and...

**PREVIOUS ATTEMPTS (use with D) F [ ]** — Deponent had previously attempted to serve the above named defendant/respondent
Day ___ Date ___ Time ___
Day ___ Date ___ Time ___
Day ___ Date ___ Time ___
Deponent spoke with ___ who stated to deponent that the said defendant lived at the aforementioned address, but did not know defendant's place of employment.

**G [X]** — DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS

**VOID WITHOUT DESCRIPTION (Use with A, B, C & D)** — A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Approximate age 53   Approximate weight 130   Approximate height 4'9"   Sex Female
Color of skin White   Color of hair S + P   Other ___

**MILITARY SERVICE [ ]** — Deponent asked the person spoken to whether the defendant/respondent was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not. Your deponent further says that deponent knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

**NON-SERVICE H [ ]** — After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served to the following: [ ] Not known at address [ ] Address does not exist [ ] Evading [ ] Moved left no forwarding [ ] Other

**WIT. FEES [ ]** — $ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient

Sworn to before me on the 14th day of May, 2018

HEATHER M. MORIGERATO
NOTARY PUBLIC, State of New York
NO. 01MO6261464, Albany County
Commission Expires May 14, 2020

James Perone
Attny's File No.
Invoice-Work Order # SP1806550