UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WHITE BEECH SNC, LLC,

                Plaintiff,

      -against-

PETROLEOS DE VENEZUELA, S.A. and
PDVSA PETROLEO, S.A.,

                Defendants.

**ORDER**

18 Civ. 4148 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that Plaintiff shall submit a letter by **February 6, 2019 at 10:00 a.m.** explaining why this case should not be stayed in light of Executive Order 13850 (November 1, 2018).

Dated: New York, New York
       February __, 2019

                                    SO ORDERED.

                                    Paul G. Gardephe
                                    United States District Judge