UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------- X
White Beech SNC, LLC,                             :
                                                  :
                            Plaintiff,            :     Case No.: 1:18-cv-4148
                                                  :
            -against-                             :
                                                  :
                                                  :
                                                  :
Petróleos de Venezuela, S.A. and                  :
PDVSA Petróleo, S.A.,                             :
                                                  :
                            Defendants.           :
------------------------------------------------------------------------------- X

## JUDGMENT

WHEREAS, Plaintiffs moved for summary judgment and Defendants responded that they do not oppose the entry of judgment in Plaintiff White Beech SNC, LLC's favor for unpaid principal and interest but reserved the right to object to the amount and method of calculation of interest after Plaintiff submits a proposed judgment;

WHEREAS, Defendants also responded that they did not oppose the entry of judgment for reasonable attorneys' fees and expenses;

WHEREAS, Defendants have had an opportunity to review Plaintiff's calculation of interest and the reasonableness of attorneys' fees and expense; and

WHEREAS, the Parties agree to the entry of judgment as set forth below.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of White Beech SNC, LLC. against Defendants Petróleos de Venezuela, S.A., and PDVSA Petróleo, S.A., joint and severally in the amount of **$ 42,239,497.71** with interest accruing daily in the amount of **$5,960.04** after October 6, 2025, until judgment is entered, plus post-judgment

interest at the rate of 8.5% per annum computed on the basis of actual number of days elapsed on a year of 365 days in accordance with Section 2.04 of the Note Agreement; and it is further

ORDERED that ordered that judgment is entered in favor of White Beech SNC, LLC for attorneys' fees and expenses in the amount of **$84,837.79**, in accordance with Section 9.05 of the Note Agreement, with interest accruing on this amount in accordance with 28 U.S.C. § 1961.

The Clerk of Court is directed to close this case and terminate all pending motions.

Dated: October 6, 2025
New York, New York

_____
Hon. Jeannette A. Vargas
United States District Judge